O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 11-00607 AHM (OPx) | Date | January 23, 2012 |
|---|---|---|---|
| Title | HERNANDEZ et al. v. AURORA LOAN SERVICES, LLC et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:          Attorneys **NOT** Present for Defendants:

**Proceedings:**      IN CHAMBERS (No Proceedings Held)

   The Court GRANTS the parties' joint request to continue the scheduling conference scheduled for January 23, 2012.  *See* Dkt. No. 30.  The conference will be held at 1:30 pm on February 13, 2012.  No further extensions will be granted.  The parties are ORDERED file a Joint Rule 16(b) Report no later than February 6, 2012.

|  | : |
|---|---|
| Initials of Preparer | SMO |