UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME HERNANDEZ, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> AURORA LOAN SERVICES, LLC, et al., <br><br> Defendant(s). | CASE NO. ED CV11-00607-AHM (OPx) <br><br> ORDER DISMISSING CIVIL ACTION BY VIRTUE OF SETTLEMENT |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown before April 2, 2012, to request a status conference be scheduled if settlement is not consummated.

IT IS SO ORDERED.

Date: February 10, 2012

_____
A. Howard Matz
United States District Court Judge

**JS-6**