# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME HERNANDEZ, et al., | CASE NO. ED CV11-00607-AHM (OPx) |
| Plaintiff(s), | ORDER DISMISSING CIVIL ACTION BY VIRTUE OF SETTLEMENT |
| v. | |
| AURORA LOAN SERVICES, LLC, et al., | |
| Defendant(s). | |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown before April 2, 2012, to request a status conference be scheduled if settlement is not consummated.

IT IS SO ORDERED.

Date: February 10, 2012

_____
A. Howard Matz
United States District Court Judge

**JS-6**